FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
2015 MAR 10 PM 1:48
BY tja DEPUTY
AT KANSAS CITY, KS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Orange Meeks Jr.

(Enter above the full name of the Plaintiff(s)

vs.

Case Number: 15-2650 JAR/GLR

KU Medical (Dr. Ann Pizzi)
Name
3901 Rainbow Blvd.
Street and number
Kansas City, Kansas 66160
City State Zip Code

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

**CIVIL COMPLAINT**

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff Orange Meeks Jr.

Address 730 Nebraska Ave. #503
Kansas City, Kansas
66101

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Dr. Ann Pizzi (K U Medical ~~is~~ was employed at 3901 Rainbow Blvd. K.C.K. 66160 (KU Medical) She was My Prime Care Dr.

C. Additional Defendants All of Ann Pizzis Nurses, I don't rember any of there Names. Some Nurses would See me this time, then another Nurse would See me the Next office visit.

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of Kansas.

2. The first-named defendant above is either

a. a citizen of the State of Kansas; or

b. a corporation incorporated under the laws of the State of ______________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a. a citizen of the State of Kansas; or

b. a corporation incorporated under the laws of the State of ______________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

_____ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

______________________________________________

______________________________________________

______________________________________________

______________________________________________

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [ ] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [ ] No [ ]

VII. Do you claim punitive monetary damages? Yes [ ] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

______________________________

______________________________

______________________________

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

______________________________

______________________________

______________________________

IX. Related Litigation:

Please mark the statement that pertains to this case:

______ This cause, or a substantially equivalent complaint, was previously filed in this court as case number ______________ and assigned to the Honorable Judge ______________________.

______ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Orange Meeks Jr.
Signature of Plaintiff

Orange Meeks Jr.
Name (Print or Type)


730 Nebraska Ave. #503
Address

Kansas City, Kansas 66101
City State Zip Code

913(233-0242
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita Kansas City or Topeka ), Kansas as the location for the
(circle one location)
trial in this matter.

Orange Meeks Jr.
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
(circle one)

Orange Meeks Jr.
Signature of Plaintiff

Dated: 3-10-15
(Rev. 8/07)

THE UNIVERSITY OF KANSAS
PHYSICIANS
Internal Medicine Department

July 21, 2014

Orange Meeks
730 Nebraska Ave Apt 503
Kansas City, KS 66101-2148

Dear Orange,

I am writing this letter to inform you that I will be leaving The University of Kansas Medical Center effective July 31st, 2014.

As you know, The University of Kansas Internal Medicine Clinic is recognized as a Patient Centered Medical Home - Level 3. As a practice, we strive to deliver the best quality of care to our patients. As part of our commitment, we will smoothly transition your care to Dr. Colleen Brown.

I am confident you will receive excellent care from Dr. Brown. If you would like to contact us to schedule an appointment, please contact our office at your convenience at (913) 588-3974 and select option #1 to schedule an appointment.

I enjoyed getting to know you and working together with you to achieve your health goals. This close relationship with my patients is what I will miss the most. I also want to thank you for being a great patient and I wish you all the best.

Sincerely,

Dr. Anne Pizzi