8-22-14

Please Take Note of

The More falls I am having.

I fell getting out of the Shower. The Office here at Glanville Towers Call 911 for me. I was taken to Providence Medical Center. Here are Copies of my diagnoses. Every Sence KU-Med. gave me The Shots to my right Sholder, My Left Sholder, and my Left Hip, I have gotten worse when trying to walk or do any thing with out falling. I have no one to look after me, So I Just keep trying to get things done the best way I Can.

Orange Meeks Jr.

P.S. I fell
8-19-2014
7-12-2014
6-9-2014
4-6-2014



# THE LAW OFFICES OF BRIAN TIMOTHY MEYERS

July 23, 2014

Orange Meeks
730 Nebraska Ave, # 503
Kansas City, KS
66101

Dear Mr. Meeks:

    Thank you for retaining us to represent you in connection with your potential medical malpractice claim arising out of the treatment you received at University of Kansas Physician's Hospital on or about May of 2014.

    It is of the utmost importance to keep us updated regarding the names and addresses of all health care providers as well as dates and details of treatment. We look forward to working with you toward bringing this matter to a successful conclusion.

    If you have any questions, please do not hesitate to contact our office.

Very truly yours,

Brian Timothy Meyers

BTM:jlm

Phone: 816-842-0006
1125 Grand Blvd, Suite 1610
Kansas City, Missouri 64106
Fax: 816-842-6623



# THE
## LAW OFFICES OF
### BRIAN TIMOTHY MEYERS

October 16, 2014

**<u>VIA REGULAR and</u>**
**<u>CERTIFIED U.S.MAIL: 7013 3020 0000 8291 8109</u>**
Orange Meeks
730 Nebraska Avenue, #503
Kansas City, KS 66101

   Re: Vaccine/Medical Negligence Case

Dear Mr. Meeks:

  We have reviewed your medical records and have determined that we will not be able to represent you in this matter. By declining the case, we are not saying that it is without merit. If you plan to pursue this, you should look for other legal representation.

  <u>Please be advised that a statute of limitations exists which affects this case. If a claim is not filed in court within a specified period of time, you will forever lose the right to file suit.</u> I urge you to contact another attorney <u>immediately</u> if you plan to proceed with this matter.

  I have enclosed the records you provided to our office with the certified mailing of this letter. We appreciate you contacting our firm and wish you the best.

          Very truly yours,

          Brian Timothy Meyers

Enclosures

Phone: 816-842-0006    1125 Grand Blvd, Suite 1610    Fax: 816-842-6623
          Kansas City, Missouri 64106

**A CMS QUALIFIED INDEPENDENT CONTRACTOR**

QIC Part B North

July 01, 2014

ORANGE MEEKS JR
730 NEBRASKA AVE
#503
KANSAS CITY, KANSAS 66101

Beneficiary: O. Meeks Jr.
Health Insurance Claim No: *****6245A
MAS Number: N/A

Dear O. Meeks Jr.,

This letter is in response to your correspondence received in our office on June 18, 2014. We have received your letter and it is apparent you did not ask for the shots administered to you . Please contact 1-800 Medicare (1-800-633-4227) for assistance in your quality of care issue. I hope this is helpful.

Sincerely,

Patricia Carrera
QIC Part B North

*[handwritten: Quality  improvement
1-800-432-0407]*

301 W Bay St, 6th Floor, Jacksonville Fl 32202-5100
www.C2Cinc.com
Revision date 08/14/13



**Kansas City, Kansas Housing Authority**

1124 North Ninth Street
Kansas City, KS 66101-2197
(913) 281-3300 FAX (913) 279-

July 23, 2014

Orange Jr Meeks
730 Nebraska Avenue, Apt. 503
Kansas City, KS 66101

**Re: Notice of Rent Adjustment**

This is to advise that in accordance with terms of your lease, your re-examination and/or reported change of family income has been completed and the rent for your unit will be adjusted to **$212.00** effective **10-01-2014**.

This notice of rent adjustment is presented to you in accordance with the terms and conditions of your lease. Accordingly, this notice shall be attached to and made a part of your dwelling lease.

All other covenants, terms and conditions of the lease remain the same.

Sincerely,

KCKHA Public Housing Manager

Cc: File: 04170051

ASSOCIATED PODIATRISTS, PA
8919 PARALLEL PKWY, SUITE 270
KANSAS CITY, KS 66112
PERSONAL & CONFIDENTIAL

ADDRESS SERVICE REQUESTED



003447 0101

58596.co1  1003 2258596
Stmt Date: 09/17/2014

| IF PAYING BY CREDIT CARD PLEASE CHECK BOX FOR SELECTION AND FILL OUT BELOW. |
|---|
| ☐ MASTERCARD ☐ VISA ☐ DISCOVER ☐ AMEX |
| CARD NUMBER | VERIFICATION # |
| CARDHOLDER NAME | EXP. DATE |
| SIGNATURE | |

| ACCOUNT NUMBER | DUE DATE | Amount Due | AMOUNT PAID |
|---|---|---|---|
| 27573 | 10/02/2014 | $61.80 | |

ORANGE MEEKS JR.
730 NEBRASKA AVE APT 503
KANSAS CITY, KS 66101-2148

ASSOCIATED PODIATRISTS, PA
8919 PARALLEL PKWY, SUITE 270
KANSAS CITY, KS 66112

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

TO INSURE PROPER CREDIT, DETACH AND RETURN TOP PORTION IN THE ENCLOSED ENVELOPE.

655086B (PC1)

| Page | Statement Date | Due Date | Office Phone Number | Account # | Patient Balance |
|---|---|---|---|---|---|
| 1 of 1 | 09/17/2014 | 10/02/2014 | (913) 788-7111 | 27573 | $61.80 |

| Date | Visit Detail | Explanation of Activity | Charges & Debits | Insurance Pending | Payments & Credits | Patient Balance |
|---|---|---|---|---|---|---|
| Patient: Orange Meeks Jr. | | | | | | |
| | | Balance Forward | $61.80 | | | |
| | | Balance Forward Total | | | | $61.80 |

**MESSAGE**
Your account will be considered for collection action if no payment in 10 days.

ASSOCIATED PODIATRISTS, PA
8919 PARALLEL PKWY, SUITE 270
KANSAS CITY, KS 66112

| Account Number | 27573 |
|---|---|
| Billing Inquiries | (913) 788-7111 |
| Amount Due | $61.80 |

2738-ALLST7-77766-1038937324-P; 5000662-1-518; 35079992-1; 1

# THE UNIVERSITY OF KANSAS HOSPITAL
## PO Box 955801
## St. Louis, MO  63195-5801

If paying by credit card, please provide information below:

- MasterCard ☐
- Visa ☐
- DISCOVER ☐ American Express
- ☐ Discover Network

Card Number | Payment Amt

Signature | Security Code * | Exp. Date

*The last 3 digits on the back of your credit card, by your signature*

AB 01 001065 25269 B 5 A

ORANGE MEEKS
730 NEBRASKA AVE APT 503
KANSAS CITY, KS  66101-2148

THE UNIVERSITY OF KANSAS HOSPITAL
PO BOX 955801
ST. LOUIS, MO  63195-5801

0001004878150000000032474

Please make checks payable to **The University of Kansas Hospital**

| Guarantor No | Patient Name | Stmnt Date | Pmt Due Date | Page | Please Pay This Amt | Amt Paid |
|---|---|---|---|---|---|---|
| 100487815 | Meeks,Orange | 09/25/14 | 10/10/14 | 1 | $32.47 | $ |

Please detach and return top portion with your payment.

## Account Detail

| Date of Service | Description | Chgs/Pmts/Adjs | Patient Balance |
|---|---|---|---|
| | **Hospital Services  (Account ID: 500067856) - Pt. MRN: 8318527** | | |
| | Your account is seriously delinquent for the following charges. To avoid having your account placed with an outside collection agency please pay the balance in full within 10 days. To pay by phone or speak to a customer service representative about payment arrangements, please call 913-588-5820 (toll-free at 877-287-6268). | | |
| 09/05/13 | **Balance Forward** | $32.47 | $32.47 |
| | **Patient Balance** | | $32.47 |
| | **Balance Due** | | **$32.47** |

| | | |
|---|---|---|
| This is your balance due after your insurance (if applicable) has paid.  A detailed listing of charges for services received is available upon request. | **TOTAL AMOUNT DUE** | **$32.47** |

**To make a secure payment online, please visit www.kumed.com/onlinebillpay**

If you have questions regarding your account, please phone Customer Service at 913-588-5820 (toll free at 1-877-287-6268) or send a fax to 913-945-5283.  Our hours are Monday thru Friday, 8:30 a.m. - 4:30 p.m. CST.

THE UNIVERSITY OF KANSAS HOSPITAL